# EXHIBIT 1

# EXHIBIT 1

Who's Who in Nevada - Apply now to appear in The Who's Who in Nevada. It's Free!

**Paul Rega**
Assistant Professor at University of Toledo
Toledo, Ohio Area | Medical Practice



| Current | • **MD at University of Toledo**<br>• **Assistant Professor, Public Health & Emergency Medicine at University of Toledo** |
| --- | --- |
| Connections | **12 connections** |
| Websites | • My Company<br>• My Company<br>• My Blog |
| Public Profile | http://www.linkedin.com/pub/paul-rega/13/646/28 |

Expanded profile views are available only to premium account holders. **Upgrade your account.**

## Contact Settings

**Interested In**

- career opportunities
- new ventures
- expertise requests
- getting back in touch

- consulting offers
- job inquiries
- business deals

**Send a message to Paul Rega**

Send InMail

# EXHIBIT 2

# EXHIBIT 2

# reviewjournal.com



PRINT THIS

Powered by  Clickability

May. 24, 2010
Copyright © Las Vegas Review-Journal

## Cooling technique improves odds of survival in cardiac arrests

By ALAN CHOATE
LAS VEGAS REVIEW-JOURNAL

Two Las Vegas Fire Department programs are starting to show results -- which in this case means more people surviving cardiac arrests.

"It's reassuring. It's a trend in the right direction," said Dr. David Slattery, the Fire Department's medical director. And the department barely had to spend any money to start the changes.

Since August 2008, the department has recorded a 19 percent survival rate among a certain kind of cardiac arrest patient. In many places across the country, that rate is in the single digits. For the past 90 days, Las Vegas' survival rate is 40 percent -- four out of 10 patients.

The rate began climbing steadily in November, according to department records, which is when the city adopted an "induced hypothermia" treatment. Responders use ice packs and an iced-down IV to lower a patient's body temperature to about 92 degrees, a temperature that is maintained for about 24 hours in the hospital.

Research has shown the approach improves odds of survival, according to the American Heart Association. It also gives the patient a better chance of being "neurologically intact" as the brain can be affected by the lack of blood reaching it during a cardiac event.

All that was needed were coolers so that IV bags can be iced down, Slattery said. The department was going to install refrigerators in ambulances but discovered that the units drained the battery.

Also, the city has participated in CARES, Cardiac Arrest Registry to Enhance Survival, since 2008. It's a computerized tracking system that documents a cardiac patient's progress from the time an ambulance is called to the hospital and records whether the patient lived or died.

It was developed by the Centers for Disease Control and Prevention and Emory University and doesn't cost the city any money.

The program serves as a performance measure for EMS departments as the medical care cardiac patients get from first responders plays a key role in their chances of survival.

The system focuses on a subset of cardiac arrest patients: those who get help quickly after the attack starts and have circulation restored. The patients must have suffered what is called "ventricular fibrillation," in which the heart is quivering but not pumping blood, said Dr. Sean Ameli, a Las Vegas cardiologist.

It's different from a heart attack, which occurs when arteries supplying blood to the heart are blocked.

Getting the heart pumping is critical: "CPR trumps everything else," Slattery said. "Nothing else is more important."

But the patient isn't out of the woods once circulation is restored.

"The brain doesn't always follow," Ameli said. "The question has always been, how do you minimize that (damage to the brain)?"

Cooling the body has been shown to be effective, although "there isn't a very large body of data ... that can totally beyond any question confirm that this is a standardized treatment," Ameli said. Its use by EMS crews will add to that data.

From August of 2008 to mid-April, 64 cardiac arrest patients met the required criteria. Twelve survived, and 11 of those were neurologically intact.

Clark County plans to join CARES and introduce body cooling to its crews in the next three months, and Henderson has added the cooling to its services.

The CARES website lists 27 communities using the program, including Reno, Denver, Colorado Springs, Colo., and San Francisco.

Contact reporter Alan Choate at achoate@reviewjournal.com or 702-229-6435.

**Find this article at:**
http://www.lvrj.com/news/cooling-technique-improves-odds-of-survival-in-cardiac-arrests-94788984.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 3

# EXHIBIT 3



## Search ProjectDisaster:        Choose a Topic:

[                    ] [ Search ]    [ .Uncategorized                ▼] [ view ]

- **Login**
  - Log in
- **Project Disaster**
  - A place for the latest news, information and discussion regarding disasters, terrorism, emerging infectious diseases, disaster response, mitigation and preparedness!
  - Your hosts:
  - *Paul Rega, MD, FACEP*
  - *Kelly Burkholder-Allen, RN, MSEd*
  - *Churton Budd, RN, EMTP*

  ### Subscribe by email

  Subscribe to ProjectDisaster.com and get email notifications of new posts

  ### RSS/PODCAST:

  - Podcast / Vblog Feed

  - RSS Feed [XML] [RSS FEED] [ATOM]
- **Twitter Tweets**
    - No tweets available at the moment.
    - More updates...

- **Posts Today**

    July 27, 2010
  - July 27, 1996: Bombing the Atlanta Olympics
  - Pigeon Crap: A most effective technique

- o A Gulf Goo Timeline
- o NOAA: National Weather Map for Thursday, 7-27-10
- o You never know what that crazy Pyongyang is up to....but the U.S. is trying to find out!
- o Nearly 20,000 barrels of oil have leaked into Kalamzoo River in Michigan
- o WikiLeaks......classified documents that weren't meant for general readership
- o H1N1 in recipients of solid-organ transplants
- o Idaho: Pertussis Outbreak
- o H1N1 & Diabetics

- **Pages**

  - o China: Nightclub Death Trap
  - o Disaster Medicine Treatment Guidelines
  - o DisasterWiki
  - o Educational Offerings and Presentations
  - o England: Heavy Snows Upset John Bull
  - o Pandemic Influenza Functional Exercise
  - o Privacy Policies
  - o Russia: Nightclub Death Trap
  - o Sharpeville Massacre: On this day in disaster history…
  - o Sri Lanka: A Nightmare
  - o Start Triage Lesson
  - o Subscribe to ProjectDisaster.com
  - o SWIKI Search of Project Disaster
  - o Terrors of Today
  - o Uganda to USA: Marburg hemorrhagic fever
  - o ALL ABOUT PROJECT DISASTER
  - o Fair Use Policy

- **Archives**

  July 2010

  | M | T | W | T | F | S | S |
  |----|----|----|----|----|----|----|
  | | | | | 1 | 2 | 3 | 4 |
  | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
  | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
  | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
  | 26 | 27 | 28 | 29 | 30 | 31 | |

  « Jun

- **Links**

  - o * Ohio 1 Disaster Medical Assistance Team
  - o * Emergency Recognition, Response and Anti-Terrorism Training Associates
  - o * Biological Terrorism Response Manual
  - o * A Rapid Recognition & Response Guide for Chemical Agents of Terrorism
  - o * ProjectDisaster.com DisasterWiki
  - o * Botulism Toolkit

- **DHS Update**

- **VOA Disasters & Accidents**

    - Obama Urges His Party Not to 'Run for the Hills'
    - Ambassador for Young Spreads a Love of Books
    - New Understanding of How Plants Use Water
    - Saying Goodbye to 2009, Hoping for a Better 2010
    - Time -- One of the Great Mysteries of Our Universe
    - American History Series: After Lincoln's Murder
    - New Treatment for Sleeping Sickness
    - Five New Year's Resolutions for Learners to Improve Their English

- **FEMA News Releases**

    - Federal Aid Programs For State Of Oklahoma Disaster Recovery
    - President Declares Major Disaster For Oklahoma
    - Administrator Fugate Statement On 20th Anniversary Of Americans With Disabilities Act
    - Nebraska Flood Survivors Warned: Mold Poses A Potential Health Threat
    - SBA Disaster Loans Key To West Virginia Storm Recovery

- **FEMA Photo Library**

    - FEMA Administrator W. Criag Fugate in Moscow (ID: 44846)
    - FEMA Administrator Fugate in Moscow (ID: 44845)
    - FEMA historical preservation team with officials of Redwood Falls, Minnesota (ID: 44844)
    - FEMA disaster registration number on a billboard in Tennessee (ID: 44843)
    - FEMA mitigation booth in Puerto Rico (ID: 44831)
    - FEMA mitigation booth in Puerto Rico (ID: 44832)
    - Repaired road in Tennessee (ID: 44830)
    - Cheatham County TN Bridges and Roads Repaired (ID: 44829)
    - Volunteers deploying sandbags in Iowa (ID: 44828)
    - FEMA Administrator W. Craig Fugate with Deputy Administrator Ricard Serino at FEMA Town Hall (ID: 44827)
    - FEMA FCO Justo Hernandez in Puerto Rico (ID: 44826)
    - FEMA Community Relations representative works with a resident in Tennessee (ID: 44825)
    - FEMA Mitigation booth in a hardware store in Puerto Rico (ID: 44824)
    - FEMA Administrator W. Craig Fugate with Deputy Administrator Richard Serino at FEMA town hall (ID: 44819)
    - FEMA's Marcie Roth at the Podium in Washington, DC (ID: 44818)

- **Science Daily News: Disasters**

    - Potentially hazardous asteroid might collide with the Earth in 2182
    - HIV's sugar coating offers new vaccine approach
    - Shade-coffee farms support native bees that maintain genetic diversity in tropical forests
    - Inhibiting fatty acids in immune cells decreases atherosclerosis risk
    - Carbon emissions threaten fish populations
    - Children with brain injuries have problems with story-telling, study suggests
    - Segmentation is the secret behind the extraordinary diversification of animals
    - Excessive intake of omega 6 and deficiencies in omega 3 induce obesity down the generations
    - Bird flu: Preening spreads viruses in nature
    - Weight loss may be associated with improvements in hot flushes in overweight and obese women

- **Disaster Prevention & Management Journal**

    - Cleanup after Katrina: an analysis on policy, process, priorities, problems, and politics : Table of Contents
    - Disaster management strategy for potential slide zones of Kumarkhera in Narendra Nagar township of

Tehri Garhwal district, Uttarakhand, India : Table of Contents
- Bioengineering techniques of slope stabilization and landslide mitigation : Table of Contents
- "The ripples changed our lives": health in post-tsunami Thailand : Table of Contents
- Snapshots in time: using real-time evaluations in humanitarian emergencies : Table of Contents
- Invasive alien species dispersal: the millennium biodiversity disaster : Table of Contents
- Sustainable neighbourhood earthquake emergency planning in megacities : Table of Contents
- An overview on ADCO crude oil storage tanks : Table of Contents
- Impact and adaptation to flood: A focus on water supply, sanitation and health problems of rural community in Bangladesh : Table of Contents



*May 28th, 2010* posted by Paul Rega, MD, FACEP May 28, 2010 @ 4:50 am

## Las Vegas: Induced hypothermia making a difference

EMS

05/26/2010

**Cooling method helps boost Las Vegas patient survival ratesEMS crews have raised cardiac arrest patients' survival rates to four out of 10 patients over a 90 day period**

By Alan Choate
The Las Vegas Review-Journal

Link: http://www.ems1.com/cardiac-care/articles/824314-Cooling-method-helps-boost-Las-Vegas-patient-survival-rates/

LAS VEGAS — Two Las Vegas Fire Department programs are starting to show results — which in this case means more people surviving cardiac arrests.

"It's reassuring. It's a trend in the right direction," said Dr. David Slattery, the Fire Department's medical director. And the department barely had to spend any money to start the changes.

Since August 2008, the department has recorded a 19 percent survival rate among a certain kind of cardiac arrest patient. In many places across the country, that rate is in the single digits. For the past 90 days, Las Vegas' survival rate is 40 percent — four out of 10 patients.

The rate began climbing steadily in November, according to department records, which is when the city adopted an "induced hypothermia" treatment. Responders use ice packs and an iced-down IV to lower a patient's body temperature to about 92 degrees, a temperature that is maintained for about 24 hours in the hospital.



Research has shown the approach improves odds of survival, according to the American Heart Association. It also gives the patient a better chance of being "neurologically intact" as the brain can be affected by the lack of blood reaching it during a cardiac event.

All that was needed were coolers so that IV bags can be iced down, Slattery said. The department was going to install refrigerators in ambulances but discovered that the units drained the battery.

Also, the city has participated in CARES, Cardiac Arrest Registry to Enhance Survival, since 2008. It's a computerized tracking system that documents a cardiac patient's progress from the time an ambulance is called to the hospital and records whether the patient lived or died.

It was developed by the Centers for Disease Control and Prevention and Emory University and doesn't cost the city any money.

The program serves as a performance measure for EMS departments as the medical care cardiac patients get from first responders plays a key role in their chances of survival.

The system focuses on a subset of cardiac arrest patients: those who get help quickly after the attack starts and have circulation restored. The patients must have suffered what is called "ventricular fibrillation," in which the heart is quivering but not pumping blood, said Dr. Sean Ameli, a Las Vegas cardiologist.

It's different from a heart attack, which occurs when arteries supplying blood to the heart are blocked.

Getting the heart pumping is critical: "CPR trumps everything else," Slattery said. "Nothing else is more important."

But the patient isn't out of the woods once circulation is restored.

"The brain doesn't always follow," Ameli said. "The question has always been, how do you minimize that (damage to the brain)?"

Cooling the body has been shown to be effective, although "there isn't a very large body of data … that can totally beyond any question confirm that this is a standardized treatment," Ameli said. Its use by EMS crews will add to that data.

From August of 2008 to mid-April, 64 cardiac arrest patients met the required criteria. Twelve survived, and 11 of those were neurologically intact.

Clark County plans to join CARES and introduce body cooling to its crews in the next three months, and Henderson has added the cooling to its services.

The CARES website lists 27 communities using the program, including Reno, Denver, Colorado Springs, Colo., and San Francisco.

 Email This Post

care to comment ? »

## Leave a Reply

You must be logged in to post a comment.



ProjectDisaster running on WordPress
RSS: Entries & Comments.
Atom: Entries.



Flash Player Uninstaller - uninstall if you have trouble updating or installing the new flash player, then try to install the flash player again

Syndicate this site using RSS [RSS][FEED]

FindBlogs.com





Bioterrorism  Communications  disaster response  disasters  DMAT  earthquake  emerging infectious diseases  explosion  Fatality  fire  HAZMAT  mitigation  NDMS  news  preparedness  SARS  Surge Capacity  tornado  Tsunami  Volcano

# EXHIBIT 4

# EXHIBIT 4

*-APPLICATION-*

## Title ────────────────────────────────

**Title of Work:** Cooling technique improves odds of survival in cardiac arrests

## Completion/Publication ────────────────

**Year of Completion:** 2010

**Date of 1st Publication:** May 24, 2010        **Nation of 1st Publication:** United States

## Author ───────────────────────────────

■       **Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant ───────────────────

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions ───────────────

**Organization Name:** Righthaven LLC

**Name:**   Chief Operating Officer

**Email:**   dbrownell@righthaven.com        **Telephone:**   702-527-5900

**Address:**  9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification ─────────────────────────

**Name:** Steven A. Gibson

**Date:** August 20, 2010

**Applicant's Tracking Number:** 0002025

**Registration #:**

**Service Request #:**   1-474753422

**Application Date:**   08-20-2010 18:50:10

## Correspondent _____

**Organization Name:**   Righthaven LLC

**Name:**   Steven A. Gibson

**Address:**   9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701 United States

## Mail Certificate _____

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States